No. 616. WARDELL, RECEIVER, *v.* DISTRICT OF COLUMBIA. October 27, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.

674

*Messrs. Brice Clagett, Charles E. Wainwright, George P. Barse, John F. Anderson,* and *Lee Roy Stover* for petitioner. *Messrs. Richmond B. Keech, Vernon E. West,* and *Glenn Simmon* for respondent.